39 F.3d 1166
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Raul TORRES, Plaintiff, Appellant,
v.
SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee.
 No. 94-1360
 United States Court of Appeals,
First Circuit.
 Nov. 10, 1994
 
 Appeal from the United States District Court for the District of Puerto Rico [Hon. Carmen Consuelo Cerezo, U.S. District Judge ]
 Paul Ramos Morales on brief for appellant.
 Guillermo Gil, United States Attorney, Maria Hortensia Rios, Assistant U.S. Attorney, and Robert M. Peckrill, Assistant Regional Counsel, Dept. of Health & Human Services, on brief for appellee.
 D. Puerto Rico
 AFFIRMED
 Before TORRUELLA, Chief Judge, SELYA and CYR, Circuit Judges.
 Per Curiam.
 
 
 1
 We have carefully reviewed the record and claimant's brief and find none of claimant's arguments meritorious. Vocational testimony was not required. The ALJ gave valid reasons, based on a fair reading of the record, for discounting claimant's subjective complaints and concluding claimant retained the capacity to perform one of his former types of jobs as a personal driver/chauffeur.
 
 
 2
 Affirmed.